UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHMAYE KRAUSZ, :
              Plaintiff, :
: **ORDER OF DISMISSAL**
v. :
: 22 CV 152 (VB)
EQUIFAX INFORMATION SERVICES, LLC, :
LOANDEPOT.COM, LLC, and TRANS :
UNION, LLC, :
              Defendants. :
--------------------------------------------------------------x

      The Court has been advised that plaintiff and defendant Trans Union, LLC, have settled this matter. (Doc. # 35). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Trans Union, LLC, only</u>, without costs, and without prejudice to the right to restore the action against defendant Trans Union, LLC, to the Court's calendar, provided the application to restore the action is made by no later than August 23, 2022. To be clear, any application to restore the action against Trans Union, LLC, must be filed by August 23, 2022, and any application to restore the action against Trans Union, LLC, filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate Trans Union, LLC, as a defendant in this case.

Dated: June 24, 2022
       White Plains, NY

                                     SO ORDERED:

                                     Vincent L. Briccetti
                                     United States District Judge