**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHMAYE KRAUSZ,

                Plaintiff,

    -against-                                   22 **CIVIL** 152 (VB)

                                                          **<u>JUDGMENT</u>**

LOANDEPOT.COM, LLC,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 16, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      November 17, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                     **BY:**     *K. Mango*

                                                            **Deputy Clerk**